IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

VICKI WEATHERSBY,  )   **STIPULATION OF**
    Plaintiff(s)  )   **VOLUNTARY DISMISSAL**
  )   **PURSUANT TO F.R.C.P.**
v.  )   **41(a)(1)(A)(ii)**
  )
  )   Case No.: 19-cv-11742
  )
GENCO IMPORTING INC. d/b/a MANITOBA'S,  )
and RICHARD MANITOBA, individually;  )
    Defendant(s)  )
  )

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Genco Importing Inc. and Richard Manitoba pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_____
Signature of plaintiffs or plaintiff's counsel

200 PARK AVE, Ste 1700
Address

NEW YORK, NY, 10166
City, State & Zip Code

212 897-1913
Telephone Number

Dated: 3/30/20

_____
Signature of defendants or defendant's counsel

Times Square
Address

N.Y, N.Y, 10036
City, State & Zip Code

212.326.0885
Telephone Number

Dated: 3/31/20

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
April 1, 2020